**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) No. 2:14-cv-00284-NT |
| v. | )<br>) |
| DOTY GROUP, LLC | )<br>) |
| Defendant. | ) |

**CONSENT PRELIMINARY INJUNCTION**

Following telephonic notice by counsel for the Plaintiff to the Defendant, a hearing was held on July 16, 2014, on the Motion of GE Commercial Distribution Finance Corporation, a Delaware corporation authorized to conduct business in the State of Maine ("**CDF**" or "**Plaintiff**") for Approval of Writ of Replevin and for Temporary Restraining Order dated July 11, 2014 against Doty Group, LLC ("**Defendant**") (ECF No. 4). The Plaintiff and the Defendant appeared at said hearing by counsel. Without objection from any party, the Court has treated this hearing as a hearing for a preliminary injunction.

After having reviewed the pleadings and submissions in this case and considered the representations, consent and agreement of counsel for both Plaintiff and Defendant to the entry of this order, it is hereby **ORDERED**:

1. CDF is hereby granted a preliminary injunction in its favor and against the Defendant as set forth herein.

2. The Defendant and all of Defendant's agents, managers, members, officers, employees, and assigns (collectively the "**Dealer**") shall be restrained from selling, transferring, encumbering, conveying, damaging, or otherwise disposing of by any means whatsoever, nor use for any other purpose whatsoever, any of the inventory identified in Exhibit A of the parties' Joint Motion for Entry of Consented-To Preliminary Injunction (ECF No. 11-2) (the "**Inventory**"), without the prior express written consent of CDF to do so or further order of this Court.

3. Until such time as the parties agree to transfer possession of the Inventory or as may be ordered by this Court, Defendant shall maintain physical possession of and safeguard the Inventory.

4. This preliminary injunction shall remain in effect throughout the pendency of this matter unless and until otherwise ordered by the Court.

5. This preliminary injunction is issued without requirement of posted security from CDF.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 22nd day of July, 2014.